

# NUMBER 13-23-00283-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

HECTOR BARAJAS,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                                    Appellee.

## ON APPEAL FROM THE 430TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Cron and Fonseca
Memorandum Opinion by Justice Cron**

A jury found appellant Hector Barajas guilty of four counts of indecency with a child by sexual contact, second-degree felonies. *See* TEX. PENAL CODE ANN. § 21.11(a)(1), (d). Barajas timely filed a notice of appeal. However, Barajas has since filed a motion to voluntarily dismiss his appeal signed by Barajas and his counsel. *See* TEX. R. APP. P. 42.2(a) (providing that, in a criminal case, the appellant has the right to voluntarily and

unilaterally dismiss the appeal "[a]t any time before the appellate court's decision").

Accordingly, we grant Barajas's motion and dismiss the appeal. *See id.* Having dismissed

the appeal at Barajas's request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
23rd day of October, 2025.